BEFORE THE SECOND DIVISION, AUGUST 22, 1950

**No. 54624.**—The J L. Hudson Company *v.* United States, protest 153526–K (Detroit).

Opinion by LAWRENCE, J. When the case was called for hearing there was no appearance on behalf of plaintiff. From an examination of papers in the case the court found nothing therein tending in any way to overcome the presumption of correctness attaching to the decision of the collector. The protest was therefore overruled.